UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUPERTO CASTANEDA GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | 25-cv-4291 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On June 12, 2025, at 11:05 AM, the Court held a noticed initial pretrial conference in the above-captioned case. Plaintiff's counsel did not appear. At the conference, defense counsel stated that plaintiff's counsel had similarly failed to appear in four separate cases against the defendant before other judges over the past several weeks. Accordingly, the Court hereby dismisses the case with prejudice based on the seeming abandonment of the case by plaintiff and plaintiff's counsel. By June 13, 2025, at 5 P.M., plaintiff's counsel may submit an affidavit under oath explaining his or her failure to appear for the conference. If plaintiff's counsel files such an affidavit and the explanation is adequate, then the Court will consider reopening the case.

　　SO ORDERED.

New York, NY
6/12, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J